K. DENNY COLVIN
Attorney for Debtor(s)
601 North First Street
Yakima, WA 98901
509-575-0280

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In re                    ]
                         ]    NO.
THOMAS                   ]
                         ]    PAYMENT ADVICES
                         ]
       Debtor.           ]

Debtors do not have any payment advices or other evidence of payment received by the debtor from any employer within 60 days before the filing of the petition pursuant to FRBP 1007(b)&(c) to submit to the court based upon the fact that they are self-employed.

Dated: March 11, 2008

*/s/ K. Denny Colvin*
K. DENNY COLVIN, WSBA 6827
Attorney for Debtors

PAYMENT ADVICES