K. DENNY COLVIN
Attorney for Debtor
601 North First Street
Yakima, WA 98901
509-575-0280

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re | NO. 08-00916 |
| THOMAS, James & Diane | MOTION VOLUNTARILY CONVERTING CHAPTER 7 TO CHAPTER 13 |
| Debtors. | |

COME NOW the Debtors and voluntarily move the court for an Order Converting the case herein from a Chapter 7 to a Chapter 13.

This Motion is based upon the files and records filed herein.

DATED this 4th day of JUNE, 2008.

/s/ K. Denny Colvin
K. DENNY COLVIN, WSB #6827
Attorney for Debtors