UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

IN RE:            THOMAS
CASE NO.:         08-916

## CHAPTER 7 LIQUIDATION ANALYSIS

| | |
|---|---|
| Total Value of Personal Property: | $79,980 |
| Total Value of Real Property: | $577,000 |
| Total Secured Claims against Personal Property (not to exceed value of property): | $73,200 |
| Total Secured Claims against Real Property (not to exceed value of property): | $502,000 |
| Total Personal Property Exemptions Claimed (equity only): | $6,780 |
| Total Real Property Exemptions Claimed (equity only): | $75,000 |
| NET VALUE OF NON-EXEMPT PROPERTY | $0 |

DATED:   June 3, 2008        /s/ K. Denny Colvin
                             K. DENNY COLVIN, WSBA 6827
                             Attorney for Debtor