UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In re:     Thomas, James & Diane
Case No.   08-00916

    Debtor(s)

## DEBTOR'S PLAN PAYMENT DECLARATION

1) Plan Payments shall be made: Monthly

2) The first plan payment will be made on or before July 5, 2008.
   (The date specified must be within 30 days after the date the plan is filed.)

3) All subsequent plan payments will be made on or before the 5th day of each subsequent month. (The day specified will be the day when the plan payment is due each month for the remaining term of the plan.)

4) The debtor's employer/income source is as follows:

   a.    Debtor No. 1:    James Thomas
         Employer I.D. or S.S.N.:
         Employer/Income Source:   self-employed

         Debtor No. 1:    Diane Thomas
         Employer I.D. or S.S.N.:
         Employer/Income Source:   self-employed

   b.    Debtor No. 1 is paid: monthly
         Debtor No. 2 is paid: monthly

   c.    Deduct payments from wages or income source of:
         Debtor No. 1: $1,100.00 per month – direct pay

5) Debtor acknowledges:
   a. Immediately after filing, the trustee is authorized to present to the court an order, without notice, directing any entity from whom the debtor receives money such as employers and governmental agencies, to pay all or part of such income to the Chapter 13 Trustee, except to the extent otherwise subject by law to setoff, recoupment or alternative disposition.

b. Payments made by the debtor directly to the trustee will only be permitted when specifically authorized by an order of the court pursuant to LBR 2083-1(b).

<u>If direct payments are authorized by the court, such payment will be made:</u>
1) In the form of a *cashier's check* or *money order* only: (No personal checks will be accepted.)
2) Payable to Daniel H. Brunner, Trustee, and sent to P.O. BOX 1003, Memphis, TN, 38101
3) With the debtor's first and last name and the bankruptcy case number, exactly as they appear on the bankruptcy petition, clearly printed on the check.

}

*/s/ K. Denny Colvin*
K. DENNY COLVIN
Attorney for Debtor
601 North First Street
YAKIMA, WA 98901
509-575-0280

*James K. Thomas* 5-26-08
JAMES THOMAS, Debtor

*Diane L. Thomas* 5-26-08
DIANE THOMAS, Debtor