LF2083B (5/1/96)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In re: THOMAS
Case No: 08-916

Debtor(s).

## PLAN FUNDING ANALYSIS

|  | AMT. PAID BY TRUSTEE |
|---|---|
| ADMINISTRATIVE EXPENSES (Excluding Trustee Fees) | $2,500 |
| CONTINUING CLAIMS | $0 |
| SECURED CLAIMS | $28,296 |
| EXECUTORY CONTRACTS AND UNEXPIRED LEASES | $0 |
| ARREARAGES/DEFAULTS | $0 |
| PRIORITY CLAIMS | $0 |
| SEPARATE CLASSIFICATIONS OF UNSECURED CLAIMS | $0 |
| UNSECURED CLAIMS | $4,800 |
| POSTPETITION CLAIMS | $0 |
| OTHER PROVISIONS | $0 |
| SUB-TOTAL | $35,596 |
| TOTAL PAYMENTS TO TRUSTEE INCLUDING FEES (Divide Sub-Total by .9) | $39,600 |