Lf 1007-2 (12/2006)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

## Address Change Form

Debtor(s) Name _____     Case Number _____

Names & Addresses to be added *or* changed:

| **ADD** to mailing list: | **CHANGE** address on mailing list: |
|---|---|
| _____<br>*(Name)* | _____<br>*(Name)* |
| _____<br>*(Address)* | _____<br>*(Address)* |
| _____<br>*(City          State          Zip)* | _____<br>*(City          State          Zip)* |
| ☐ Debtor(s):<br>   ☐ Husband,   ☐ Wife,   ☐ Both | ☐ Debtor(s):<br>   ☐ Husband,   ☐ Wife,   ☐ Both |
| _____ | _____ |
| _____<br>*(Name)* | _____<br>*(Name)* |
| _____<br>*(Address)* | _____<br>*(Address)* |
| _____<br>*(City          State          Zip)* | _____<br>*(City          State          Zip)* |
| ☐ Debtor(s):<br>   ☐ Husband,   ☐ Wife,   ☐ Both | ☐ Debtor(s):<br>   ☐ Husband,   ☐ Wife,   ☐ Both |

*Note:*  If more than two names, please attach a matrix, listing <u>only</u> the additional or corrected names and addresses.

☐  Creditor Names and Addresses have been added or changed in creditor maintenance.

_____
Signature

_____
Date