Lf 1007-2 (12/2006)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

## Address Change Form

Debtor(s) Name _____   Case Number _____

Names & Addresses to be added *or* changed:

| **ADD** to mailing list: | **CHANGE** address on mailing list: |
|---|---|
| *(Name)* | *(Name)* |
| *(Address)* | *(Address)* |
| *(City      State      Zip)* | *(City      State      Zip)* |
| ☐ Debtor(s): <br> ☐ Husband,  ☐ Wife,  ☐ Both | ☐ Debtor(s): <br> ☐ Husband,  ☐ Wife,  ☐ Both |
| *(Name)* | *(Name)* |
| *(Address)* | *(Address)* |
| *(City      State      Zip)* | *(City      State      Zip)* |
| ☐ Debtor(s): <br> ☐ Husband,  ☐ Wife,  ☐ Both | ☐ Debtor(s): <br> ☐ Husband,  ☐ Wife,  ☐ Both |

*Note:* If more than two names, please attach a matrix, listing <u>only</u> the additional or corrected names and addresses.

☐ Creditor Names and Addresses have been added or changed in creditor maintenance.

_____
Signature

_____
Date